# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BART FANELLI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO: |
| v. | ) |
| | ) 1:11-cv-00436-LMM |
| BMC SOFTWARE INC., | ) |
| a Delaware corporation, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## PLAINTIFF'S MOTION FOR ATTORNEYS' FEES
## UNDER O.C.G.A. § 9-11-68 AND BRIEF IN SUPPORT

On November 1, 2013 Plaintiff Bart Fanelli ("Plaintiff") served Defendant BMC Software, Inc. ("BMC") with an Offer of Settlement (the "Offer of Settlement"), pursuant to O.C.G.A. § 9-11-68(a), to resolve all of Plaintiff's state law tort claims against BMC in this case for a payment by BMC to Plaintiff of $300,000, inclusive of all alleged damages, interest, attorneys' fees, costs, and other expenses. Attached as Exhibit "A" is a true and correct copy of the Offer of Settlement and the transmittal letter from Plaintiff's counsel to counsel for BMC.[1]

---

[1] As required by O.C.G.A. § 9-11-68(a)(8), the Offer of Settlement was served by certified mail, return receipt requested, as well as by e-mail.

BMC did not accept the Offer of Settlement within 30 days. As a result, the Offer of Settlement "shall be deemed rejected." O.C.G.A. § 9-11-68(c). In this situation:

> If a plaintiff makes an offer of settlement which is rejected by the defendant and the plaintiff recovers a final judgment in an amount greater than 125 percent of such offer of settlement, the plaintiff shall be entitled to recover reasonable attorney's fees and expenses of litigation incurred by the plaintiff or on the plaintiff's behalf from the date of the rejection of the offer of settlement through the entry of judgment.

*Id*. § 9-11-68(b)(2).

To trigger this provision, therefore, Plaintiff had to recover more than $375,000 ($300,000 x 1.25 = $375,000). He has done so. Specifically, Plaintiff was awarded $120,000 in damages by the jury (Dkt. 204, 205), and $307,428.20 of attorneys' fees and litigation expenses under O.C.G.A. § 13-6-11 by the Court (Dkt. 222, 223), for a total recovery to date of $427,428.20.[2]

Accordingly, pursuant to § 9-11-68(b)(2), Plaintiff now seeks to be awarded additional attorneys' fees in the amount of ***$18,267.26***.[3] As is explained in the

---

[2] Moreover, still pending before the Court is Defendant's Motion for Judicial Review of Costs (Dkt. 225) in which BMC contests only $2191.90 of Plaintiff's taxed costs of $29,020. (Dkt. 224).

[3] O.C.G.A. § 9-11-68 has been held to apply in federal court to Georgia tort claims, at least where, as here, the matter is in federal court based on diversity of citizenship. *See Gowen Oil Co. v. Abraham*, No. CV 210-157, 2012 U.S. Dist. LEXIS 45540, at *7 n.4 (S.D. Ga. Mar. 30, 2012) (Wood, J.), *aff'd without reaching issue*, 511 F.

2

Declaration of Eric S. Fisher attached as Exhibit "B", these attorneys' fees ***were not requested or awarded under § 13-6-11*** because they were incurred either (i) after December 1, 2013[4] on claims as to which Plaintiff was not successful ($1,238.76), or (ii) for work done after Judgment On Jury Verdict was entered on May 11, 2015 (Dkt. 205) ($17,028.50), including to prepare the Bill of Costs (Dkt. 211), to move for attorneys' fees and litigation expenses under § 13-6-11 (Dkt. 210, 218), and to oppose Defendant's Motions for Post-Judgment Relief and for Judicial Review of Costs (Dkts. 212, 226).

Although these attorneys' fees are outside § 13-6-11, they are available under § 9-11-68. Indeed, Plaintiff did not meet the $375,000+ recovery threshold of § 9-11-68(b)(2) until the Court entered Judgment for him on his claim for attorneys' fees and litigation expenses pursuant to § 13-6-11 in the amount of $307,428.20 on August 31, 2015. (Dkt. 223).

In short, Plaintiff asks the Court to award him the attorneys' fees of ***$18,267.26*** that he incurred after December 1, 2013 and before August 31, 2015 that were not requested or awarded under § 13-6-11. The Court has already found that

---

App'x 930 (11th Cir. 2013); *Wheatley v. Moe's Southwest Grill, LLC*, 580 F. Supp. 2d 1324, 1327-29 (N.D. Ga. 2008) (Batten, J.). There does not appear to be any reported contrary authority.

[4] As was shown above, the Offer of Settlement was deemed to be rejected as of December 1, 2013.

3

the billing rates of Plaintiff's counsel in this lawsuit are reasonable (Dkt. 222 at 4), and he has now satisfied the condition precedent in § 9-11-68(b)(2) by recovering more than 125% of the Offer of Settlement. Both the letter and the spirit of § 9-11-68 consequently entitle Plaintiff to this relief. *See* O.C.G.A. §9-11-68(d)(1) ("The court ***shall*** order the payment of attorneys' fees and expenses of litigation upon receipt of proof that the judgment is one to which the provisions of either paragraph (1) or paragraph (2) of subsection (b) of this Code section apply….") (emphasis added).

Respectfully submitted, this 17th day of September, 2015.

/s/ Michael Eric Ross
Michael Eric Ross
Ga. Bar No.: 615190
Scott G. Blews
Ga. Bar No.: 063390
Eric S. Fisher
Ga. Bar No.: 250428
Glianny Fagundo
Ga. Bar No. 254033
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 400
Atlanta, Georgia 30339
Telephone: (678) 336-7234
Facsimile: (770) 434-7376
mross@taylorenglish.com
sblews@taylorenglish.com
efisher@taylorenglish.com
gfagundo@taylorenglish.com

*Attorneys for Plaintiff Bart Fanelli*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **BART FANELLI,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO:** |
| **v.** ) | |
| ) | **1:11-cv-00436-LMM** |
| **BMC SOFTWARE INC.,** ) | |
| a Delaware corporation, ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## CERTIFICATE OF COMPLIANCE WITH LR 5.1

I HEREBY CERTIFY that I prepared the foregoing in Times New Roman, 14-point font, as approved by LR 5.1.

/s/ Michael Eric Ross
Michael Eric Ross
Ga. Bar No.: 615190
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 400
Atlanta, Georgia 30339
Telephone: (678) 336-7234
Facsimile: (770) 434-7376
mross@taylorenglish.com
*Attorney for Plaintiff Bart Fanelli*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **BART FANELLI,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO:** |
| v. ) | |
| ) | **1:11-cv-00436-LMM** |
| **BMC SOFTWARE INC.,** ) | |
| a Delaware corporation, ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing PLAINTIFF'S MOTION FOR ATTORNEYS' FEES UNDER O.C.G.A. § 9-11-68 AND BRIEF IN SUPPORT was filed with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the following counsel of record:

Theresia M. Moser
Charles Edward Solley
Moser Law Group
Historic Stove Works
112 Krog Street NE Suite 26
Atlanta, GA 30307

David Paul Thatcher
Margaret Santen Hanrahan
Ogletree, Deakins, Nash, Smoak & Stewart, PC
191 Peachtree Street, NE, Suite 4800
Atlanta, GA 30303

This 17th day of September, 2015.

/s/ Michael Eric Ross
Michael Eric Ross